# Docketing Statement for a Criminal Appeal

15-763-CR

*This docketing statement must be filed by all appellants with the Clerk of the Fourth Court of Appeals, 300 Dolorosa, Suite 3200, San Antonio TX 78205 upon perfecting appeal. See* TEX. R. APP. P. 32.2

FILED
IN THE COURT OF APPEALS
2015 DEC -7 PM 2:23
KEITH E. HOTTLE, CLERK

To be assigned by the Clerk of the Fourth Court of Appeals:
Appeal No. _____

Case Style Below _____

v. _____

Trial Court No. _____    Court No. & County _____

## APPELLANT(S)

Name of appellant(s)* GUADALUPE ORTIZ
Name of lead counsel ( if represented) W. DWIGHT CHUBBLEY
Law firm (if attorney) W. DWIGHT CHUBBLEY
Address 111 W. OLMOS DR. SAN ANTONIO, TEXAS 78212-1955
Phone (210) 829-7183    Fax (210) 930-9353    SBN. _____
E-mail address: _____
Whether counsel is appointed or retained    APPOINTED

## NOTICE OF APPEAL

Date filed in the trial court _____    Date mailed to the trial court clerk, if applicable November 18, 2015

## TRIAL COURT

Trial: ☐ Jury ☒ Non-jury    Judge(s) who tried the case MELISSA SKINNER
Is this appeal from a pre-trial order? ☐ Yes ☒ No    If yes, identify order _____
Date judgment/appealable order signed 11/10/2015    Judge who signed the judgment/appealable order MELISSA SKINNER
Date sentence imposed/suspended 11/10/2015    Filing date of motion for new trial, arrest of judgment,
or other filing that affects the time for perfecting appeal 11/20/2015    (HABEAS CORPUS 12/03/2015)
Convicted offense(s) AGGRAVATED SEXUAL ASSULT - CHILD    Date of offense 01/2014
Defendant's plea: ☐ Guilty ☐ Not Guilty ☒ Nolo contendere. Terms of plea bargain: 10 YRS
Punishment assessed 10 YEARS T.D.C.
Does this appeal involve the validity of a statute, ordinance, or rule? ☐ Yes ☒ No If yes, identify _____

## REPORTER'S RECORD

Date requested: _____    Electronically recorded? ☐ YES ☐ NO
Length of trial or hearing in days: _____
Will there be an agreed record or an agreed statement of the case? ☐ YES ☐ NO
Court reporter's name: _____
  a. ☐ OFFICIAL or ☐ SUBSTITUTE
  b. Address and phone no.: _____
  c. If substitute, name of official court reporter for trial court: _____

## AFFIDAVIT OF INDIGENCE

Date filed: DECEMBER 1, 2015    Date contest filed, if any: _____
Date of order on contest, if any: _____    ☐ SUSTAINED ☐ OVERRULED ☐ NO RULING

## CERTIFICATE OF SERVICE

As attorney of record (or appellant pro se), I hereby certify that a copy of this docket sheet has been served by first class mail or by fax, prior to filing, to all other parties to the judgment or order being appealed.

Date 12/03/2015    Attorney of Record (signature) _____

Happy Holidays

USA

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
04 DEC 2015 PM 1 L

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 DEC -7 PM 2:22

Keith E. Hottle
KEITH E. HOTTLE, CLERK

GUADALUPE ORTIZ # 4641807
200 N. Comal BA-32
San Antonio, Texas 78207

4TH Court of Appeals
Criminal Justice Center
300 Dolorosa
San Antonio, Texas 78205

LEGAL MAIL

78205-303799